IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PEDRO JOSE GRANT.**

    **Plaintiff,**

v.                                         **CASE NO. 5:12-cv-12-MW/CJK**

**KENNETH S. TUCKER, et al.,**

    **Defendants.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation (ECF No. 32) filed November 14, 2012. The Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation (ECF No. 37) filed December 5, 2012. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion.

SO ORDERED on January 9, 2013.

                                                  s/Mark E. Walker
                                                  United States District Judge