# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**PEDRO JOSE GRANT,**

    **Plaintiff,**

**v.**                                         **CASE NO. 5:12-cv-12-MW/CJK**

**LARRY CHILDS, et al.,**

    **Defendants.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.89, filed September 6, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.

The Clerk shall enter judgment stating, "The Defendants' motion to dismiss, ECF No. 76, is **GRANTED**. This case is **DISMISSED without prejudice** as malicious pursuant to 28 U.S.C. §1915(e)(2)(B)(i) for Plaintiff's abuse of judicial

process."

The Clerk shall close the file.

SO ORDERED on September 30, 2013.

s/Mark E. Walker
United States District Judge